**ROBERT A. LEVINE**
Attorney at Law
17 South Street
Portland, ME  04101

---

Phone (207) 871-0036
Facsimile (207) 871-8070
Email: attorneyralevine@gmail.com
Bar #3845

January 26, 2021

Office of the Clerk
United States District Court
156 Federal St
Portland, ME  04101

RE:   USA v. LORNE LYNN ARMSTRONG
        Case No. 1:13-cr-00011-JAW

Dear Madam Clerk:

    I am writing by way of Status Report in connection with the above case. On 1/22/2021, we conducted a conference call with my client, his probation officer, and his sex offender counselor, Shawn Rodgers. That call lasted approximately 45 minutes. By the end of the call, it became apparent that this matter is not in order for a motion to amend the condition of supervised release. Accordingly, I will not be filing any motion at this time. I have explained this to my client, and he concurs.

    I told my client to contact me within a year if he wants to renew his efforts to address conditions of probation. Until then, I plan to close his file.

    Thank you for your attention and consideration.

                                                Very truly yours,

                                              Robert A. Levine

RAL/sgf