**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

LORNE LYNN ARMSTRONG

No. 1:13-cr-00011-JAW

**GOVERNMENT'S MOTION REQUESTING EXTENSION OF TIME**
**TO FILE RESPONSE TO DEFENDNANT'S PRO SE REQUEST**
**FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The United States of America, by and through its attorneys, Andrew B. Benson, United States Attorney for the District of Maine, and Andrew McCormack, Assistant United States Attorney, respectfully files this motion requesting that its' response deadline to the Defendant's Pro Se Request be extended until May 15, 2026.

On February 24, 2026, the Defendant filed a Pro Se Request for Early Termination of Supervised Release.   (Dkt. #57).   The Government's response is currently due May 1, 2026.   On April 22, 2026, U.S. Probation requested an extension of its response deadline to May 15, 2026.   (Dkt. #62).   The Court granted this motion on the same day.   (Dkt. #63).   The Government would like an opportunity to review the material being gathered by U.S. Probation prior to filing its response.

For the foregoing reasons, the Government requests that its response deadline be extended until May 15, 2026.

1

Dated: April 29, 2026     Respectfully submitted,

           ANDREW B. BENSON
           United States Attorney

       BY:  /s/ ANDREW McCORMACK
           ANDREW McCORMACK
           Assistant United States Attorney
           United States Attorney's Office
           202 Harlow Street, Suite 111
           Bangor, Maine 04401
           Tel: 207-945-0373
           Andrew.McCormack@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026 I electronically filed the Government's Motion with the Clerk of Court using the CM/ECF system and mailed the same response via First Class Mail to:

Lorne Armstrong
388 West Ridge Road
Cornville, Maine 04976

Andrew B. Benson
United States Attorney

BY:   /s/ Andrew McCormack
Andrew McCormack
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, Maine   04401
Tel:   207-945-0373
Andrew.McCormack@usdoj.gov

3